**Melbourne M. Crocker and Floyd Crocker, appellees, v. Hatcher-Joseph, Inc., appellant. Gen. No. 9,067.**

Opinion filed October 15, 1937.

Doyle, Sampson & Giffin, for appellant; C. Terry Lindner and Alfred F. Newkirk, of counsel. Roy M. Seeley and De Witt S. Crow, for appellees.

Mr. Presiding Justice Fulton delivered the opinion of the court.